'UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 16 2015 ★
BROOKLYN OFFICE

| | |
|---|---|
| CONVERSE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-cv-05983-SLT-CLP |
| ) | |
| CMERIT USA, INC. D/B/A GOTTA FLURT, ) | |
| ) | |
| Defendant. ) | Jury Trial Demanded |

### PLAINTIFF'S NOTICE OF DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Converse Inc., hereby provides notice that it is voluntarily dismissing this action against Defendant, CMerit USA, Inc. d/b/a Gotta Flurt, in its entirety. Plaintiff's dismissal is with prejudice as to past claims of infringement arising on or before July 1, 2015, and without prejudice as to any future claims of infringement arising after July 1, 2015. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), this Notice is provided before Defendant has served an answer or a motion for summary judgment.

Respectfully submitted,

Dated: July 24, 2015

/s/ Stephen M. Ankrom
Robert L. Powley (RP 7674)
James M. Gibson (JG 9234)
Stephen M. Ankrom (SA5375)
POWLEY & GIBSON, P.C.
304 Hudson Street – Suite 202
New York, NY 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085
rlpowley@powleygibson.com

jmgibson@powleygibson.com
smankrom@powleygibson.com

Christopher J. Renk
Erik S. Maurer
Michael J. Harris
Katherine Laatsch Fink
Audra C. Eidem Heinze
Aaron P. Bowling
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, Illinois  60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001
  crenk@bannerwitcoff.com
  emaurer@bannerwitcoff.com
  mharris@bannerwitcoff.com
  kfink@bannerwitcoff.com
  aheinze@bannerwitcoff.com
  abowling@bannerwitcoff.com

***Attorneys for Plaintiff, Converse Inc.***

In light of the above, the Clerk of the Court is respectfully requested to close this case.

Dated: September 15, 2015
Brooklyn, New York

/s/ Sandra L. Townes
U.S.D.J.